John F. Hack and Robert Hack, Minor, by John F. Hack, Father and Next Friend, Appellants, v. Martin Lange et al., Appellees.

Gen. No. 44,806.

Vogel & Bunge, for appellants; L. H. Vogel, George C. Bunge, and Michael J. Thuma, of counsel; John J. Maciejewski, for appellees. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed May 8, 1950; released for publication May 23, 1950.